STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| Samuel Burningham,<br><br>    Plaintiff,<br><br>       v.<br><br>Burlington Coat Factory Warehouse<br>d.b.a. Burlington Coat Factory,<br><br>    Defendant, | **NOTICE OF VOLUNTARY DISMISSAL**<br><br> Civil No.: 2:17-cv-00575-BCW<br><br>Assigned to: Judge Brooke C. Wells |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Samuel Burningham, hereby voluntarily dismisses this action with prejudice.

    / / /

RESPECTFULLY SUBMITTED this September 1, 2017.

/s/ Michael P. Studebaker
**MICHAEL P. STUDEBAKER**
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record and e-mailed a copy of the same to:

Matthew S. Kenefick
Jeffer Mangels Butler & Mitchell, LLP
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111
MKenefick@jmbm.com
*Attorney for Defendant*