# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Samuel Burningham,<br><br>    Plaintiff,<br><br>v.<br><br>Burlington Coat Factory Warehouse d.b.a. Burlington Coat Factory,<br><br>    Defendant. | Case No. 2:17-cv-00575- BCW<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL**<br><br>Assigned to: Judge Brook C. Wells |

Having considered Plaintiff's Notice of Voluntary Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that this action is DISMISSED with PREJUDICE.

SO ORDERED this 5th day of September, 2017.

BY THE COURT:

_____
Brooke C. Wells
U.S. Magistrate Judge